# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

JASON BAMFORD,

    **Plaintiff,**

**v.**                                  **Case No. 8:21-cv-01155**

MAINSAIL PROPERTY MANAGEMENT,
LLC d/b/a THE EPICUREAN,

    **Defendant.**

_____

## NOTICE OF SETTLEMENT

The Parties hereby give notice that they have resolved all pending disputes in

this action and are in the process of reducing their agreement to writing.

Dated: January 5, 2022

| | |
|---|---|
| /s/ *Luis A. Cabassa* | /s/ *Monica Williams Harris* |
| LUIS A. CABASSA | MONICA WILLIAMS HARRIS |
| Florida Bar No. 0053643 | Florida Bar No. 0566780 |
| Email: lcabassa@wfclaw.com | E-mail: monica.harris@jacksonlewis.com |
| Email: gnichols@wfclaw.com | E-mail: denise.dawson@jacksonlewis.com |
| | E-mail: TampaDocketing@jacksonlewis.com |
| | |
| WENZEL FENTON CABASSA, P.A. | JACKSON LEWIS P.C. |
| 1110 N. Florida Avenue | Wells Fargo Center |
| Suite 300 | 100 South Ashley Drive, Suite 2200 |
| Tampa, Florida 33602 | Tampa, Florida 33602 |
| Telephone: (813) 224-0431 | Telephone: (813) 512-3210 |
| Facsimile: (813) 229-8712 | Facsimile: (813) 512-3211 |
| | |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

4878-3169-2296, v. 1