**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**JASON BAMFORD,**

    **Plaintiff,**

**v.**                                                          **Case No: 8:21-cv-1155-MSS-JSS**

**MAINSAIL PROPERTY**
**MANAGEMENT, LLC**
**d/b/a THE EPICUREAN,**

    **Defendant.**

_____

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Upon review of the Parties' Notice of Settlement, (Dkt. 13), and pursuant to Fed. R. Civ. P. 41(a)(1), it is hereby

**ORDERED** that pursuant to Rule 3.09(b) of the Local Rules of the United States District Court for the Middle District of Florida, this case is **DISMISSED WITHOUT PREJUDICE**, subject to the right of the Parties, within sixty (60) calendar days from the date of this Order, to submit a final stipulation of dismissal, should they so choose, or for any party to reopen the case, **upon good cause shown**. After the sixty (60)-day period, the dismissal shall be with prejudice. Any pending motions are **DENIED** as moot. The Clerk is directed to **CLOSE** this case.

**DONE and ORDERED** in Tampa, Florida this 7th day of January 2022.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

- 2 -

Copies furnished to:
Counsel of Record
Any Unrepresented Party