# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

JASON BAMFORD,

      **Plaintiff,**

v.                          **CASE NO.: 8:21-cv-1155-MSS-JSS**

**MAINSAIL PROPERTY
MANAGEMENT, LLC
d/b/a THE EPICUREAN**

      **Defendant.**

_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff, JASON BAMFORD, and Defendant, MAINSAIL PROPERTY MANAGEMENT, LLC d/b/a THE EPICUREAN, by and through their respective undersigned counsel, hereby stipulate to the dismissal of this matter with prejudice in accordance with Federal Rule of Civil Procedure 41(a), with each party to bear its own attorneys' fees and costs.

Dated this 8th day of March, 2022.

| | |
|---|---|
| JACKSON LEWIS, P.C. | WENZEL FENTON CABASSA, P.A. |
| Wells Fargo Center | 1110 North Florida Avenue |
| 100 South Ashley Drive | Suite 300 |
| Suite 2200 | Tampa, Florida 33602 |
| Tampa, FL 33602 | Telephone: 813-224-0431 |
| Telephone: (813) 512-3220 | Facsimile: 813-229-8712 |
| Facsimile: (813) 512-3211 | |
| | BY: */s/Luis A. Cabassa* |
| BY: */s/ Monica W. Harris* |     Luis A. Cabassa |
|     Monica W. Harris |     Florida Bar Number: 0053643 |
|     Florida Bar Number: 0566780 |     lcabassa@wfclaw.com |
|     monica.harris@jacksonlewis.com; |     Counsel for Plaintiff |
|     Counsel for Defendant | |