# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**JASON BAMFORD,**

     **Plaintiff,**

**v.**                                    **Case No: 8:21-cv-1155-MSS-JSS**

**MAINSAIL PROPERTY MANAGEMENT, LLC,**

     **Defendant.**

_____

## ORDER OF DISMISSAL WITH PREJUDICE

Upon consideration of the Joint Stipulation for Dismissal with Prejudice, (Dkt. 15), filed on March 8, 2022, and pursuant to Fed. R. Civ. P. 41, it is hereby

**ORDERED** that the Joint Stipulation for Dismissal with Prejudice is **GRANTED**, and this case is **DISMISSED WITH PREJUDICE**. Each party shall bear its own attorneys' fees and costs associated with this matter. The **Clerk** is **DIRECTED** to terminate any pending motions and **CLOSE** this case.

**DONE** and **ORDERED** in Tampa, Florida, this 9th day of March, 2022.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any pro se party